# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1296
LT Case No. 2022-CF-001361-A

_____

JEFFERY CLAYTON HOOD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Matthew Metz, Public Defender, and Judson Searcy, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

February 21, 2025

PER CURIAM.

In this *Anders*[1] appeal, we affirm Appellant's judgment and
sentence but remand for the trial court to strike two of the four

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

costs imposed pursuant to section 938.085, Florida Statutes (2022).

AFFIRMED and REMANDED with INSTRUCTIONS.

EDWARDS, C.J., and MAKAR and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____